NOT
MICHAEL EDWARDS. ESQ.
Nevada Bar No. 6281
NICHOLAS HAMILTON, ESQ.
Nevada Bar No. 10893
MESSNER REEVES LLP
8945 W Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:  (702) 363-5100
Facsimile:  (702) 363-5101
medwards@messner.com
nhamilton@messner.com
*Attorneys for Defendant
Winnebago Industries, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GORDON WOOD, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, INC.,<br><br>Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §1441(a) (FEDERAL QUESTION)** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant WINNEBAGO INDUSTRIES, INC. (hereinafter "Defendant") by and through its counsel of record, MESSNER REEVES LLP, petitions this Court for the removal of the above-captioned action from the District Court of the State of Nevada in and for the County of Clark, in which it is currently pending, to the United States District Court for the District of Nevada at Las Vegas, pursuant to 28 USC §1441(a), et seq.

As part of this petition, defendant/petitioner shows the Court the following:

1. Plaintiff commenced this matter in the Eighth Judicial District Court, Clark County, State of Nevada in Case No. A-18-778700-C by filing of a complaint on July 31, 2018. A copy of Plaintiff's Complaint setting forth his claims for relief is attached hereto as **Exhibit "A."** Defendant Winnebago accepted service of Plaintiff's Complaint on August 8, 2018. A copy of the Proof of Service and Summons are attached hereto as **Exhibit "B."**

MESSNER REEVES LLP
ATTORNEYS AT LAW

{03038120 / 1}

1

2. The Plaintiff seeks recovery under the Magnuson-Moss Warranty Act 15 U.S.C. §§ 2301 et seq. Courts need look no farther than the pleadings to determine the amount in controversy unless it is apparent from the face of the pleadings "to a legal certainty, that the plaintiff cannot recover the amount claimed."[1] This claim is sought in connection with the purchase of a Winnebago recreational vehicle, which the Plaintiff asserts to have a purchase price in excess of $331,094.00.[2]

3. This action is therefore a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. Section 1441(a) in that it arises under 15 U.S.C. §§ 2301 et seq.

4. Based on the foregoing, Defendant hereby removes this action now pending in the Clark County District Court as Case No.: A-18-778700-C, assigned to Department XXVIII.

DATED this 6 day of September, 2018.

**MESSNER REEVES LLP**

By _____
MICHAEL EDWARDS. ESQ.
Nevada Bar No. 6281
NICHOLAS HAMILTON, ESQ.
Nevada Bar No. 10893
MESSNER REEVES LLP
8945 W Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*Winnebago Industries, Inc.*

---

[1] *Kelly v. Fleetwood Enterprises, Inc.*, 377 F.3d 1034, 1037 (9th Cir. 2004).
[2] *See* Exhibit A, at paragraph 15.

## CERTIFICATE OF SERVICE

I certify that I am an employee of Messner Reeves LLP and that on this __6__ day of September, 2018, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §1441(a) (FEDERAL QUESTION)** to all parties on file with the CM/ECF:

George O. West, III
Law Office of George O. West, III
Consumer Attorneys Against Auto Fraud
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 664-1168
Facsimile: (702) 664-0459
Email: gowesq@cox.net
*Attorneys for Plaintiff Gordon Wood*

Ronald Burdge, Esq.
Burdge Law Office Co. LPA
8250 Washington Village Drive
Dayton, Ohio 45458-1850
Telephone: (937) 432-9500
Facsimile: (937) 432-9503
Email: Ron@burdgelaw.com
*Attorneys for Plaintiff Gordon Wood*

_____
An Employee of Messner Reeves LLP