MICHAEL M. EDWARDS. ESQ.
Nevada Bar No. 6281
NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 10893
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
medwards@messner.com
nhamilton@messner.com
*Attorneys for Defendant*
*Winnebago Industries, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GORDON WOOD, an Individual, | Case No.: 2:18-cv-01710-JCM-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE DISCOVERY** |
| WINNEBAGO INDUSTRIES, INC., | **[SECOND REQUEST]** |
| Defendant. | |

Plaintiff GORDON WOOD and Defendant WINNEBAGO INDUSTRIES, INC., by and through their counsel of record, hereby stipulate and agree to the following:

1. In light of the litigation schedules of all counsel in this litigation, the parties require additional time to conduct necessary discovery, including Defendant's expert inspection for the Plaintiff's vehicle recreational vehicle that is the subject of this litigation and needed depositions. Additionally, the deposition of Defendant's Fed. R. Civ. 30(b)(6) designee, Steven Mary, has been complicated by the extended medical leave of Defendant's preferred witness.

2. Counsel for the parties have conferred and have ascertained mutually convenient dates and times for the following activities:

- February 26, 2019: Inspection of Plaintiff's subject vehicle, at 5455 S. Valley View, Las Vegas, Nevada, starting at 9:00 am;

{03275548 / 1}   1

- March 4, 2019, deposition of 30(b)(6) representative of Giant Rv, at 9150 Benson Ave., Montclair, CA starting at 1:30 pm;
- March 4, 2019: deposition of Giant Rv Service Manager, starting at 3:30 pm;
- April 2, 2019: deposition of Defendant's 30(b)(6) representative, in Forest City, Iowa beginning at 9:00 am. Should Mr. Mary not be available to testify, Defendants shall produce another suitable person available to testify at this date, time and location.

3. The parties anticipate taking expert depositions in April.

4. To accommodate the foregoing activities, the parties request the following revisions to the governing discovery scheduling order:

|  | **Existing Discovery Deadline:** | **Requested Discovery Deadline:** |
|---|---|---|
| Expert Disclosures | February 11, 2019 | March 11, 2019 |
| Discovery Cutoff | March 12, 2019 | May 24, 2019 |

5. This stipulation is not sought for purpose of delay, but to facilitate the fair resolution of this matter while avoiding any undue expenditure of resources in the interim.

6. The undersigned counsel are available to conduct a conference with the Magistrate to discuss this request further.

//
//

7. For the foregoing reasons, the parties respectfully request that this Stipulation to Continue Discovery be granted.

DATED: 2/7/19

By: *Nicholas Hamilton*
Michael Edwards, Esq.
Nevada Bar No. 6281
Nicholas Hamilton, Esq.
Nevada Bar No. 10893
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
*Attorneys for Defendant
Winnebago Industries, Inc.*

DATED: 2/6/19

By: _____
George O. West, III
Law Office of George O. West, III
Consumer Attorneys Against Auto Fraud
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 664-1168
Facsimile: (702) 664-0459

Ronald Burdge, Esq.
Burdge Law Office Co. LPA
8250 Washington Village Drive
Dayton, Ohio 45458-1850
Telephone: (937) 432-9500
Facsimile: (937) 432-9503
*Attorneys for Plaintiff Gordon Wood*

## ORDER

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that **no further extensions will be allowed**.

Dated: February 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE