GEORGE O. WEST III [SBN 7951]
Law Offices of George O. West III
*Consumer Attorneys Against Auto Fraud*
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
gowesq@cox.net
www.americasautofraudattorney.com
www.nevadasautofraudattorney.com
(702) 664-1168
(702) 664-0459 [fax]

RONALD BURGE, ESQ (Pro Hac Vice)
Ohio SNB 0015609
Burdge Law Office Co LPA
8250 Washington Village Drive
Dayton, Ohio 45458-1850
Ron@burdgelaw.com
www.ohiolemonlaw.com/
(937) 432-9500
(937)432-9503 [fax]

Attorneys for Plaintiff
**GORDON WOOD**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GORDON WOOD, an Individual<br><br>Plaintiff<br><br>- VS. -<br><br><br>WINNEBAGO INDUSTRIES, INC.,<br><br>Defendant<br>_____/ | CASE NO.: 2:18-cv-01710-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

|   | Defendant WINNEBEGO filed their Motion for Summary Judgment on June 21, 2019. Due to Plaintiff counsel's current vacation schedules, current trial schedules, and other time sensitive matters in other cases currently pending or planned within the next two, to two and half weeks, the parties in the above captioned matter, by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Plaintiff to file and serve his opposition to Winnebago's motion for summary judgment to up to and including July 26, 2019. |

Dated this 24th day of June, 2010

By _____
George O. West III
Law Offices of George O. West III
*Consumer Attorneys Against Auto Fraud*

Ronald Burge
Burdge Law Office Co LPA

Attorneys for Plaintiff
**GORDON WOOD**

Dated this 24 day of June, 2019

By _____
MICHAEL M. EDWARDS. ESQ.
NICHOLAS L. HAMILTON, ESQ.
MESSNER REEVES LLP
Attorneys for Defendant
**WINNEBAGO INDUSTRIES INC**

## ORDER

Based on the stipulation before the court, and good cause shown, time is extended for Plaintiff to file his opposition to Defendant WINNEBAGO's motion for summary judgment. Plaintiff's opposition shall be due on July 26, 2019

Dated June 26, 2019.

_____
UNITED STATES DISTRICT JUDGE