GEORGE O. WEST III [SBN 7951]
Law Offices of George O. West III
*Consumer Attorneys Against Auto Fraud*
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
gowesq@cox.net
www.americasautofraudattorney.com
www.nevadasautofraudattorney.com
(702) 664-1168
(702) 664-0459 [fax]

RONALD BURGE, ESQ (Pro Hac Vice)
Ohio SNB 0015609
Burdge Law Office Co LPA
8250 Washington Village Drive
Dayton, Ohio 45458-1850
Ron@burdgelaw.com
www.ohiolemonlaw.com/
(937) 432-9500
(937)432-9503 [fax]

Attorneys for Plaintiff
**GORDON WOOD**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GORDON WOOD, an Individual<br><br>Plaintiff<br><br>- VS. -<br><br><br>WINNEBAGO INDUSTRIES, INC.,<br><br>Defendant | CASE NO.: 2:18-cv-01710-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>[SECOND REQUEST] |

1

On June 26, 2019, this Court signed the parties stipulation and order extending time to file a response to Defendant WINNEBEGO's motion for summary judgment up to and including July 26, 2019, which was a seven (7) day extension. Due to lead Plaintiff counsel's current trial schedule, (Ron Burge), wherein he will be engaged in trial in U.S. District Court in Pennsylvania during the entire of week of July 15, 2019, and into two to three days of the week of July 22, 2019, the parties in the above captioned matter, by and through their attorneys of record, hereby seek to extend the deadline for any response to Defendant's motion for summary judgment for an additional seven (7) days, up to and including August 2, 2019, and to also extend time by an additional seven (7) days for Defendant to file any reply, up to and including August 23, 2019.

Dated this 12th day of July, 2019

By _____
George O. West III
Law Offices of George O. West III
*Consumer Attorneys Against Auto Fraud*

Ronald Burge
Burdge Law Office Co LPA

Attorneys for Plaintiff
**GORDON WOOD**

Dated this 15 day of July, 2019

By _____
MICHAEL M. EDWARDS. ESQ.
NICHOLAS L. HAMILTON, ESQ.
MESSNER REEVES LLP
Attorneys for Defendant
**WINNEBAGO INDUSTRIES INC**

## ORDER

Based on the stipulation before the court, and good cause shown, time is extended for the party's to file their response and reply briefs to Defendant WINNEBAGO's motion for summary judgment. Plaintiff's response shall be due by August 2, 2019, and any reply by Defendant shall be due by August 23, 2019.

Dated this 16th day of July, 2019

By _____
Judge of the U. S. District Court

2