George O. West III
[SBN 7951]
Law Offices of George O. West
10161 Park Run Dr., Ste 150
Las Vegas, NV 89145-8872
Telephone 702.318.6570
Facsimile 702.664.0459
Email gowesq@gmail.com

RONALD L. BURDGE
[Ohio SNB 0015609]
Burdge Law Office Co LPA
8250 Washington Village Drive
Dayton, OH 45458-1850
Telephone 937.432.9500
Facsimile 937.432.9503
Email Ron@RvLemonLaw.com
*Attorneys for Plaintiff Gordon Wood*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GORDON WOOD, an Individual<br><br>Plaintiff<br><br>- VS. -<br><br>WINNEBAGO INDUSTRIES, INC.,<br><br>Defendant | CASE NO.: 2:18-cv-1710-JCM-BW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PER FED. R. CIV. PRO. 56 (DOC. 50)** |

Defendant WINNEBAGO INDUSTRIES, INC., filed their Motion for Summary Judgment on July 31, 2020 (Doc. 50). Due to the Plaintiff's counsel's current schedules and other time sensitive matters on other cases currently pending or planned, the parties in the above captioned matter, by and through their attorneys of record, hereby stipulate and agree to extend the deadline for Plaintiff to file and serve his opposition to Winnebago's Motion for Summary Judgement up to and including September 11, 2020.

///

///

DATED: August 6, 2020

| | |
|---|---|
| By /s/ Ronald L. Burdge <br> Ronald Burdge, Esq. <br> Burdge Law Office Co. LPA <br> 8250 Washington Village Drive <br> Dayton, Ohio 45458-1850 <br> Telephone: (937) 432-9500 <br> Facsimile: (937) 432-9503 <br><br> George O. West, III <br> Law Office of George O. West, III <br> Consumer Attorneys Against Auto Fraud <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, NV 89145 <br> Telephone: (702) 664-1168 <br> Facsimile: (702) 664-0459 <br> *Attorneys for Plaintiff Gordon Wood* | By /s/ Nicholas Hamilton <br> Michael Edwards. Esq. <br> Nevada Bar No. 6281 <br> Nicholas Hamilton, Esq. <br> Nevada Bar No. 10893 <br> MESSNER REEVES LLP <br> 8945 W. Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br> Telephone: (702) 363-5100 <br> Facsimile: (702) 363-5101 <br><br> KELTON G. BUSBY, ESQ. <br> Arizona Bar No. 022834 <br> KERRY M. GRIGGS, ESQ. <br> Arizona Bar No. 016519 <br> THE CAVANAGH LAW FIRM <br> 1850 North Central, Suite 2400 <br> Phoenix, Arizona 85004 <br> Telephone: (602) 322-4000 <br> Facsimile: (602) 322-4100 <br> kbusby@cavanaghlaw.com <br> kgriggs@cavanaghlaw.com <br> *Attorneys for Defendant Winnebago Industries, Inc.* |

IT IS SO ORDERED.

DATED August 7, 2020.

_____
HONORABLE JUDGE JAMES C. MAHAN

Z:\data\Wood, Gordon\Etc\Stipulation & Order Ext MSJ deadline aj 080420.wpd

2